IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Gary Mitchell,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Innovis Data Solutions, Inc.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:24-cv-02993-SCJ-CCB |

**STIPULATION OF DISMISSAL**

Plaintiff Gary Mitchell and Defendant Innovis Data Solutions, Inc. hereby stipulate and agree that they have settled Mr. Mitchell's dispute with Innovis and that:

1.　　　　FRCP 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2.　　　　Innovis has not filed an answer or a motion for summary judgment.

3.　　　　Plaintiff's claims against Innovis are dismissed with prejudice and with each party to bear his or its own costs and fees incurred.

| | |
|---|---|
| *Gary Mitchell*<br>_____<br>Gary Mitchell<br>1647 Water Springs Way<br>Dacula, GA 30019<br>E: gmitch1647@gmail.com<br>*Plaintiff pro se* | /s/ Jason A. Spak<br>Jason A. Spak<br>FisherBroyles, LLP<br>6360 Broad Street #5262<br>Pittsburgh, PA 15206<br>E: jasonspak@fisherbroyles.com<br>*Counsel for Defendant Innovis Data Solutions, Inc.*[1] |

---

[1]　　　　I, Jason A. Spak, state that I am not "an active member of the State Bar of Georgia" and therefore cannot practice in this Court unless Innovis retains someone who is an active member of the State Bar of Georgia and has that person move for my admission *pro hac vice*. I submit this Stipulation with my signature solely in an effort to resolve the above-captioned matter expeditiously and without additional cost to Innovis. I will seek admission *pro hac vice* if the Court requires it. In support, I state that I am fully admitted to the Supreme Court of Pennsylvania and to the bars of over two dozen federal district courts that do not require in-state admission, and that I have not been subject to discipline in any bar to which I have been admitted.

## CERTIFICATE OF SERVICE

      I hereby certify that on September **27**, 2024, I filed a true and correct copy of the foregoing **STIPULATION** with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby serve process upon, all parties through their counsel of record, and that I also served Plaintiff directly by sending a copy to him by email with his consent per FRCP 5(b)(2)(E).

                                      /s/ Jason A. Spak
                                      Jason A. Spak
                                      *Counsel for Defendant Innovis Data Solutions, Inc.*